920

No. 89–1496. GILLIAM v. NATIONAL COMMISSION ON CERTI-FICATION OF PHYSICIAN ASSISTANTS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1535. CASTRO ET AL. v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–1540. AMES v. SUMMEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6500. BOUDREAU v. COLLINS, SUPERINTENDENT, MOORE CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6525. REYNOLDS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 89–6565. FRY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 89–6646. MUNSTER-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6719. BRUNO v. FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6783. HARRISON v. ROLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 89–6839. IN RE MARTIN. C. A. 3d Cir. Certiorari denied.

No. 89–6851. DEMOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 89–6877. TAYLOR v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89–6880. CONLEY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 89–6897. SEVILLA v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 89–6898. WOODS v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.